

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John J. Manley<br>DBA Chicago<br>Marine Towing<br><br>　　　　Plaintiff<br><br>　　　　V.<br><br>Bob Conlee<br><br>　　　　And<br><br>The Vessel "U R SPECIAL<br>　　　　Defendants | 08CV3154<br>JUDGE COAR<br>MAG.JUDGE COLE<br><br>FILED<br>JUN - 2 2008<br>Jun 2 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### COMPLAINT AT ADMIRALTY

　　Now comes the plaintiff, John J. Manley, DBA Chicago Marine Towing, who states and avers as follows:

　　1. That this matter is a matter at admiralty as determined by the rules of this court.

　　2. That at all times relevant the plaintiff was and is a licensed ship master, and was licensed to engage in and do business in the industry of maritime salvage, and in pursuit thereof plaintiff has had constructed and commissioned several vessels for the specific purpose of engaging in that trade.

　　3. That on or about June 4th and 5th, 2006 the defendant was the owner/operator of the vessel "U R SPECIAL", a vessel of glass reinforced plastic construction, and gas screw propulsion; that the vessel was known legally as IN 7914 BR and under Hull Information Number USPAS4MMC393, and while operating that vessel in a reckless and negligent manner he drove his vessel hard aground in the waters of Lake Calumet, a part of the Illinois Waterway and a navigable waterway of the United States. Thereafter the vessel was in great peril of breaking up and/or being overwhelmed by the waters of the Illinois Waterway and becoming a hulk, a loss and a hazard to navigation and the environment.

4. That on or about the same time the defendant contracted with Chicago Marine Towing for the contract slaving and recovery of that vessel. Chicago Marine Towing rescued all of the personnel on board the vessel and took them to safe haven. Then Chicago Marine Towing at great effort and expense, salvaged the vessel without damage and towed it to a port of the defendants designation.

5. The defendant has consistently refused to pay for these services, and continues to so refuse.

## PENDANT STATE CLAIM
### Fraud in the Inducement to contract

6. Plaintiff further alleges that the defendant in an effort to induce Chicago Marine Towing to enter into a contract for salvage, stated that he held a contract of insurance with an underwriter that Chicago Maine Towing had contractual agreements with, and that inducement and statement was a lie and the plaintiff did so to induce Chicago Marine Towing to salvage his vessel with the intent to defraud Chicago Marine Towing of its rightful compensation.

7. Chicago Marine Towing respectfully requests this court to award it the sum of $10,000 for the contract salvage of the vessel "U R SPECIAL", and to further award damages of $100,000 for the fraud committed by defendant, and for such other relief as the court deems proper.

John J. Manley DBA
Chicago Marine Towing
Plaintiff

John J. Manley
6348 North Milwaukee Avenue
Chicago, Illinois 60646
(312) 636-4415