APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: John J. Manley
(Please print)

STREET ADDRESS: 6348 N. Milwaukee Ave

CITY/STATE/ZIP: Chicago IL 60646

PHONE NUMBER: 312-636-4415

CASE NUMBER: 08CV3154
JUDGE COAR
MAG. JUDGE COLE

_____          6/3/08
Signature                          Date

FILED
JUN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT