## United States District Court for the Northern District of Illinois

Case Number: 08CV3154        Assigned/Issued By: DAJ

Judge Name: COAR           Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets        (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_1_ Original and _1_ copies on _07/17/08_ as to _BOB CONLEE_
                                    (Date)